UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------------X
MICHAEL JAMES,

                      Plaintiff,

    -against-

HON. RICHARD BROWN, Queens County
District Atty.; DETECTIVE ALVAREZ,
Shield #28354;New York City Asst. Corporation
Counsel SABRINA TANN; HON. JUDGE
CAPUANO CAMACHO, Queens County Superior
Court Justice; HON. JUDGE FERNANDO CAMACHO,
Queens County Superior Court Justice; JOHN DOES
#1 through 10, un-named police officers,

                      Defendants.
----------------------------------------------------------------X

**MEMORANDUM AND ORDER**
06-CV-3007 (CBA)

AMON, United States District Judge.

On June 8, 2006, *pro se* plaintiff Michael James filed this action as a "Criminal Complaint" alleging that defendants violated federal criminal statutes 18 U.S.C. §§ 371, 1621 and 1623, in connection with his arrest and detention on September 10, 2005. By Order dated July 17, 2006, plaintiff was advised that this action cannot proceed as criminal complaint. The Order further stated that if plaintiff wished to amend his complaint and bring this action as a civil matter alleging civil rights violations, plaintiff must file an amended complaint and submit a "Request to Proceed *In Forma Pauperis*" application within 20 days from the entry of the Order or pay the $350 filing fee to the Clerk of Court of the Eastern District of New York within 20 days from the entry of the Order. The Order also stated that if plaintiff failed to amend his complaint and submit a Request to Proceed *In Forma Pauperis* application or failed to remit the filing fee within the time allowed, the action shall be dismissed.

On August 3, 2006, plaintiff filed an amended complaint adding defendants and alleging civil rights violations. However, plaintiff has failed to submit a "Request to Proceed *In Forma Pauperis*" application or pay the $350 filing fee. Therefore, plaintiff is granted an additional fourteen (14) days from the entry of this Order to comply with the Court's July 17, 2006 Order and either submit a "Request to Proceed *In Forma Pauperis*" application or pay the $350 filing fee to the Clerk of Court of the Eastern District of New York. If plaintiff fails to submit a Request to Proceed *In Forma Pauperis* application or fails to remit the filing fee within the time allowed, the action shall be dismissed.

SO ORDERED.

CAROL B. AMON
United States District Judge

Dated: Brooklyn, New York
August 23, 2006